UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PEARLA STILLWATER,

                        **Plaintiff,**

                        v.                                  Civil No. 07-941-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        **Defendant.**

## JUDGMENT

The decision of the Commissioner is affirmed. This action is dismissed.

Dated: September 30, 2008.

                                        **/s/ Ann Aiken**
                                  **United States District Judge**

**JUDGMENT**                                    **DOCUMENT NO:** _____